# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| GUIDRY | CIVIL ACTION NO. 6:16-cv-1347 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE.**

Signed at Shreveport, Louisiana, on this ___ day of February, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE